**PORTLAND FEMINIST WOMEN'S HEALTH CLINIC, an Oregon nonprofit corporation; Amy Aycrigg; Geri Craig, et al., Plaintiffs–Appellees,**

v.

**ADVOCATES FOR LIFE, INC., an Oregon nonprofit corporation; et al., Defendants–Appellants.**

No. 91–35512.

United States Court of Appeals, Ninth Circuit.

Oct. 19, 1993.

Before: BEEZER, NOONAN and TROTT, Circuit Judges.

### ORDER

The opinion filed in this case on September 20, 1993 is hereby ordered recalled and withdrawn. Submission of this case is also again ordered deferred pending a decision by this court in *National Abortions Federation, et al., v. Operation Rescue, et al.*, No. 90–55199.